Argued and submitted April 12, reversed and remanded with instructions
May 17, 1995

EULALEO SARATEL SALINAS,
*Respondent,*

*v.*

Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Appellant.*

(91C-10561; CA A71977)

895 P2d 355

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

No appearance for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded with instructions to reinstate original sentence. *Mora v. Maass*, 120 Or App 173, 851 P2d 1154 (1993), *aff'd by an equally divided court*, 319 Or 570 (1994).